## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21718-CIV-KING

YVONNE S. ROSENTHAL,

     Plaintiff,

v.

SALON RIK-RAK, II, INC.
d/b/a SALON RIK RAK II,

     Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Plaintiff's Motion for Dismissal with

Prejudice (D.E. #257) filed March 16, 2009, in the above-styled case.  Accordingly, after

a careful review of the record and the court being otherwise fully advised in the premises

and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby DISMISSED with prejudice.  The Court

retains jurisdiction of this matter for the enforcement of the terms and conditions of

settlement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The **Pretrial Conference** previously set for **October 2, 2009** and the **Trial**

set for **November 16, 2009** are hereby CANCELED.

4.     The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 17th day of March, 2009.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

*Counsel for Plaintiff:*
Stephen M. Bander, Esq.
BANDER & ASSOCIATES, P.A.
444 Brickell Avenue
Suite 300
Miami, FL 33131

*Counsel for Defendant:*
Fran Zion, Esq.
Fromberg, Perlow & Kornik, P.A.
18901 N.E. 29th Avenue
Suite 100
Aventura, FL 33180